IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

SOLOMON DARDEN,

    Plaintiff,

v.

WALMART STORE EAST LP,
SUPERCENTER #7185,

    Defendant.

Civil Action File No.

2:22-CV-109-RWS

_____/

## NOTICE OF REMOVAL

COMES NOW Wal-Mart Stores East, LP (incorrectly designated in the Complaint as "Walmart Store East LP, Supercenter #7185"), named Defendant in the above-captioned matter, by and through its counsel of record, within the time prescribed by law, and files this Notice of Removal, showing the Court as follows:

1.

On February 28, 2022, the above-named Plaintiff filed suit against Defendant in the State Court of Forsyth County, Georgia, which is within the Gainesville Division of this Court. 28 U.S.C.A. § 90(a)(1).  Said lawsuit is styled as above and is numbered as Civil Action File No. 22SC-0345-A.  Plaintiff's claims one count of

Page 1

false imprisonment against Defendant and seeks compensatory and punitive damages.

2.

The Complaint alleges that Plaintiff, an African American male, was falsely accused of indecent exposure by showing his penis to a white female Walmart associate in the parking lot of the Store on October 4, 2021.  (Complaint ¶¶ 4-13). Plaintiff alleges that, as a result of the associate's accusation, Plaintiff was falsely detained by deputies from the Forsyth County Sheriff's Office for more than two hours.  (Complaint ¶¶ 19-47).  Plaintiff further alleges that he believes that Defendant "called 9-1-1 on a 'black man in a black vehicle' based on stereotypical associations between blackness and criminality."  (Complaint ¶ 70).  The Complaint is silent as to the amount in controversy, but purportedly seeks compensatory damages, attorney's fees, and punitive damages.  (Ex. A, State Court Pleadings at 4, Complaint ¶¶ 9-10).

On May 6, 2022, Plaintiff provided responses to Requests for Admissions as follows:

1.

Plaintiff will not seek, recover or collect from Defendant,

from Wal-Mart Stores East, LP., or from any Wal-Mart entity a sum in excess of $75,000.

**Denied.**

2.

Any portion of a verdict against Defendant that exceeds $75,000 will be written down by the Court so that the Judgment shall not exceed the sum of $75,000.

**Denied.**

3.

Neither Walmart Store East LP, Supercenter #7185., Wal-Mart Stores East, LP, nor any other Wal-Mart entity in this action shall be ordered, adjudged or called upon to pay to Plaintiff a sum in excess of $75,000.

**Denied.**

(Exhibit "B," Plaintiff's Responses to Requests for Admissions).  On June 1, 2022, Plaintiff made time-limited demand of $200,000.  (Exhibit "C," Plaintiff's Demand).

Defendant timely files this notice of Removal less than a year after suit was filed and within thirty (30) days of Defendant's receipt of Plaintiff's Responses to Requests for Admissions and Plaintiff's Demand.

2.

Defendant WAL-MART STORES EAST, L.P. is a Delaware limited partnership, of which WSE Management, LLC is the only general partner, and WSE Investment, LLC is the only limited partner. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, and the sole member of Wal-Mart Stores East, LLC is Walmart Inc. Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter. The principal place of business for all entities mentioned in this paragraph is 708 SW 8th Street, Bentonville, AR 72716.

3.

Plaintiff Solomon Darden is a citizen of the State of Georgia.

4.

Complete diversity of citizenship exists between Plaintiff and Defendant.

5.

The amount in controversy requirement for diversity jurisdiction has been met in light of Plaintiff's demand of $200,000 and refusal to stipulate that the damages

will not exceed $75,000 for his claim of false imprisonment, in which he purportedly seeks compensatory damages, attorney's fees, and punitive damages.

6.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on complete diversity of citizenship between Plaintiff and Defendant.

7.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendant has attached as Exhibit "A" copies of all the pleadings that were provided to and served upon Defendant, including copies of all pleadings that have been filed to date in the State Court of Forsyth County, Georgia for the above-styled case.

8.

Pursuant to 28 U.S.C. § 1446, Defendant is not required to file a removal bond.

9.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

10.

A true and correct copy of this Notice of Removal will be filed with the Clerk

of the State Court of Forsyth County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendant prays that the above-captioned lawsuit be removed to the United States District Court for the Northern District of Georgia, Gainesville Division.

                McLAIN & MERRITT, P.C.

                /s/ Nicholas E. Deeb
                Nicholas E. Deeb
                Georgia Bar No. 117025
                Jacob D. Davis
                Georgia Bar No. 382586
                Attorneys for Defendant
                WAL-MART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA   30326
(404) 365-4514
(404) 364-3138 (fax)
ndeeb@mmatllaw.com
jdavis@mmatllaw.com

The undersigned counsel certifies that the foregoing Notice of Removal has been prepared with one of the font and point selections approved by the court in LR 5.1B.

                /s/ Nicholas E. Deeb
                Nicholas E. Deeb

## **CERTIFICATE OF SERVICE**

This is to certify that on June 3, 2022, I electronically filed a **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

                                        McLAIN & MERRITT, P.C.

                                        /s/ Nicholas E. Deeb
                                        Nicholas E. Deeb
                                        Georgia Bar No. 117025
                                        Jacob D. Davis
                                        Georgia Bar No. 382586
                                        Attorneys for Defendant
                                        WAL-MART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA   30326
(404) 365-4514
(404) 364-3138 (fax)
ndeeb@mmatllaw.com
jdavis@mmatllaw.com